**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HOPE ELLY,** | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.** |
| v. | ) | |
| | ) | 1:19-CV-291-HSO-JCG |
| **DICK'S SPORTING GOODS, INC.,** | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, the Plaintiff, Hope Elly, hereby dismisses this matter.

Respectfully Submitted, this 24th day of May 2019.

/s/ Pshon Barrett
PSHON BARRETT, ESQ.
MS Bar No. 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2019, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court by using the CM/ECF system. I certify that service will be accomplished by the CM/ECF system to any counsel of record in this case.

/s/ Pshon Barrett
PSHON BARRETT, ESQ.
MS Bar No. 2071
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
334.819.4030 p
334.819.4032 f
Pshon.Barrett@ADA-Firm.com
*Attorney for the Plaintiff*